Motion to dismiss appeal granted and appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

HENRY J. METZGER and HAROLD METZGER, Respondents, v. GARDENCORNER, INC., and THE GREAT ATLANTIC & PACIFIC TEA Co., INC., Appellants.— Motion of defendant Gardencorner, Inc., to suspend operation of injunction order denied. Lazansky, P. J., Young and Seeger, JJ., concur; Rich and Scudder, JJ., dissent.

HENRY J. METZGER and HAROLD METZGER, Respondents, v. GARDENCORNER, INC., and THE GREAT ATLANTIC & PACIFIC TEA Co., INC., Appellants.— Motion of defendant The Great Atlantic & Pacific Tea Co., Inc., to suspend operation of injunction order denied. Lazansky, P. J., Young and Seeger, JJ., concur; Rich and Scudder, JJ., dissent.

ALTER NOVICH, Appellant, v. ARMOUR AND COMPANY, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. (Corporation of Scholes v. Ficke Warehouses, Inc., 204 App. Div. 329.) Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

JOHN J. O'NEILL, as Administrator ad Prosequendum of the Goods, Chattels and Credits of HELEN MARIE O'NEILL, Deceased, Appellant, v. CITY OF PORT JERVIS and ISAAC COHEN, Respondents, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. The case of Murphy .v. Leggett (164 N. Y. 121) is not decisive of the question here involved. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

GAETANO PIMPINELLO, Respondent, v. SWIFT & COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ. Settle order on notice.

JULIUS J. POPPER, Appellant, v. S. I. K. CORPORATION, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent twenty dollars costs within five days from service of a copy of the order entered herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

JACOB POSTER, Respondent, v. HILL-CASTLE CONSTRUCTION Co., INC., and Others, Defendants, and NOBILE-NORGE BUILDING CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK PENNESTRI and LUCIA PENNESTRI, Appellants.— Motion to dismiss appeal granted and appeal dismissed. Lazansky, P. J., Young and Seeger, JJ., concur; Rich and Scudder, JJ., dissent.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK PENNESTRI and LUCIA PENNESTRI, Appellants.— Motion for reargument of motion to enlarge time to perfect and argue appeal granted, and on reargument motion denied. This decision is made as a matter of law and not as a matter of discretion. (People v. Dryer, 227 App. Div. 629.) Lazansky, P. J., Young and Seeger, JJ , concur; Rich and Scudder, JJ., dissent.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARMINE VIGNOLA, Appellant.— Motion to dismiss appeal granted and appeal dismissed. Lazansky, P. J., Young and Seeger, JJ., concur; Rich and Scudder, JJ., dissent.